# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| LEONARD WAYNE JORDAN, JR. | |
| | Case No. 3:22-cr-00239 |
| | USM No. 05791-104 |
| | Kevin Cartwright |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1, 2, 3, 4, 5 and 6   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Commission of state crime | 06/18/2022 |
| 2 | Unlawful use of a controlled substance | 08/01/2022 |
| 3 | Unlawful possession of a controlled substance | 08/01/2022 |
| 4 | Failure to maintain steady employment | 08/19/2022 |

The defendant is sentenced as provided in pages 2 through   4   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation Number(s) _____ are dismissed upon the Government's motion.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   1077

Defendant's Year of Birth:   1985

City and State of Defendant's Residence:
Nashville, TN

06/20/2024
Date of Imposition of Judgment

*Eli Richardson* (signature)
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

June 27, 2024
Date

DEFENDANT: LEONARD WAYNE JORDAN, JR.
CASE NUMBER: 3:22-cr-00239

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | Failure to notify Probation Officer at lesat ten days prior to change of residence | 09/08/2022 |
| 6 | Failure to submit written monthly report to Probation | 08/01/2022 |

DEFENDANT: LEONARD WAYNE JORDAN, JR.
CASE NUMBER: 3:22-cr-00239

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

6 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: LEONARD WAYNE JORDAN, JR.
CASE NUMBER: 3:22-cr-00239

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

30 months' supervised release

The same conditions as previously imposed except Defendant is not required to live in a residential reentry program. The standard conditions of supervised release shall be construed in this instance to permit Defendant to work and reside in the Southern District of Florida.